### 17911. DRIGGERS *v.* THE STATE.

The charge on the law of manslaughter was authorized by the evidence, and a conviction of voluntary manslaughter was authorized.

DECIDED APRIL 12, 1927.

Manslaughter; from Tattnall superior court—Judge Sheppard. December 27, 1926.

*C. L. Cowart, M. Price, H. H. Elders,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general, J. T. Grice, solicitor-general,* contra.

BLOODWORTH, J. "It is well settled by repeated rulings of the Supreme Court and this court that on a trial for murder, if there is anything deducible from the evidence or the defendant's statement that would tend to show manslaughter, voluntary or involuntary, it is the duty of the court to instruct the jury fully on the law of manslaughter. *Crawford* v. *State,* 12 *Ga.* 142 (6); *Jackson* v. *State,* 76 *Ga.* 473; *Wayne* v. *State,* 56 *Ga.* 113; *Bell* v. *State,* 130 *Ga.* 865 (61 S. E. 996); *Strickland* v. *State,* 133 *Ga.* 76 (65 S. E. 148); *Pyle* v. *State,* 4 *Ga. App.* 811 (62 S. E. 540)." *Cain* v. *State,* 7 *Ga. App.* 24 (65 S. E. 1069). In *Griffin* v. *State,* 18 *Ga. App.* 462 (89 S. E. 537), it was said: "If there be any evidence to create a doubt, however slight, as to whether the offense is murder or voluntary manslaughter, instructions as to the law of both of these offenses should be given. *Jackson* v. *State,* 76 *Ga.* 473, 478; *Wayne* v. *State,* 56 *Ga.* 113." And "if there is anything deducible from the evidence or from the defendant's statement at the trial, that would *tend to show* manslaughter, voluntary or involuntary, it is the duty of the court to instruct the jury fully on the law of manslaughter."

Under the ruling in the foregoing cases a verdict of voluntary manslaughter in this case was authorized.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

---

Homicide, 30 C. J. p. 317, n. 69; p. 406, n. 17; p. 407, n. 19; p. 408, n. 22.